# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 23, 2019

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

159030

WALTON & ADAMS, LLC, and HEATHER
ENTERPRISES, INC., d/b/a A-STAR
CONVENIENCE,
            Plaintiffs-Appellants,

v

        SC: 159030
        COA: 340758
        Oakland CC: 2015-150119-CB

SERVICE STATION INSTALLATION
BUILDING & CAR WASH EQUIPMENT,
INC.,
            Defendant-Appellee.

_____/

      On order of the Court, the application for leave to appeal the December 18, 2018 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 23, 2019



Clerk

t1216